FILED '07 OCT 11 11:12 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Floyd W. Beam and<br>Elaine M. Beam<br><br>    v.<br><br>UNITED STATES GOVERNMENT, a.k.a.<br>UNITED STATES OF AMERICA, a Federal<br>Corporation, INTERNAL REVENUE SERVICE<br>OVERSIGHT BOARD, a.k.a. the INTERNAL<br>REVENUE SERVICE, DEPARTMENT OF<br>THE TREASURY, and the SOCIAL SECURITY<br>ADMINISTRATION,<br><br>Defendants, Counterclaimants and Third-Party<br>Plaintiffs,<br><br>    v.<br>ERIC BEAM, STATE OF OREGON and<br>FLOYD W. BEAM and ELAINE M. BEAM as<br>TRUSTEES OF SUNBEAM INVESTMENT<br>COMPANY,<br>Third Party<br>Defendants | Civil No. 07-6035-TC<br><br><br><br><br><br>MOTION TO WITHDRAW and<br>MOTION TO DISMISS |

    Comes now, Plaintiffs in their own behalf and after having just learned on September 30th, while a stay in the hospital Floyd Beam has further complications of his cancer and it has been determined that seeking further remedies would be useless. Floyd Beam has taken hospice making attendance at any hearing in December an impossibility. Therefore, after careful

MOTION TO WITHDRAW AND MOTION TO DISMISS

consideration of the issues, Plaintiff's have decided that it would be prudent to withdraw their Complaint. Plaintiffs move to withdraw their Complaint in its entirety.

Further, after careful study of the issues and consideration of the situation, Plaintiffs have decided to meet the claims of the Internal Revenue Service and the Oregon Department of Revenue and have settled both accounts with the United States Treasury.

Being there is no longer a controversy, this case, the Original Complaint of the Plaintiffs and the Counter Complaint of the Defendants, should be dismissed.

If the court needs further information, it may contact me at the location known as 340 Q Street, Springfield, Oregon 97477 and documentation will be supplied.

Respectfully Submitted on ___11th___ of October, 2007.

_/s/ Floyd W. Beam_
Floyd W. Beam

_/s/ Elaine M. Beam_
Elaine M. Beam

CERTIFICATE OF SERVICE BY MAIL

I certify that on October __11__, 2007, I served the foregoing Motion to Withdraw and Motion to Dismiss upon the parties hereto by mailing, regular mail, postage prepaid, a true, exact and full copy thereof to:

KARIN J. IMMERGUT, OSB # 96314
United State Attorney
District of Oregon
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2024

KARI D. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, D.C. 20044
(202) 307-6572
Facsimile: (202) 307-0054
kari.d.larson@usdoj.gov

HARDY MYERS, OSB# 64077
Attorney General of the State of Oregon
DANIEL H. ROSENHOUSE, OSB# 77327
Dan.Rosenhouse@doj.state.or.us
Assistant Attorney General
Oregon Department of Justice
1515 SW Fifth Avenue, Suite 410
Portland, OR 97201-5451
Telephone: (971) 673-1880
Facsimile: (971) 673-2196

_____
Julia Shannon
c/o 340 Q Street
Springfield, Oregon 97477

Page 1 - CERTIFICATE OF SERVICE BY MAIL
         Beam v. USA