IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FLOYD W. BEAM, and
ELAINE M. BEAM

    Plaintiffs,
    Counterdefendants.

                              Civil No. 07-6035-TC

    v.                            ORDER

UNITED STATES, et al.,

    Defendants,
    Counterclaimants,
    Third-Party Plaintiffs.

    v.

ERICC BEAM, et al.,

    Third-party Defendants.

1 - ORDER

AIKEN, District Judge.

Plaintiffs' Motion to Withdraw and Motion for (voluntary) Dismissal (#44) is allowed. Plaintiffs' claims are dismissed with prejudice.

Counterclaimants and Third-Party Plaintiffs are requested to advise the court within 30 days of the date of this order whether or not they wish to proceed with their counterclaims and third-party claims.

IT IS SO ORDERED

DATED this 23 day of October, 2007.

*Ann Aiken*
Ann Aiken
United States District Judge