FILED'08 FEB 14 11:19 USDC-ORE

Elaine-Marie: Beam
c/o 655 A Street Suite E
Springfield, Oregon state [97477]

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| FLOYD W. BEAM AND ELAINE M. BEAM, ) <br> ) <br> Plaintiffs ) <br> ) Civil No. 07-6035-TC <br> v. ) <br> UNITED STATES GOVERNMENT, a.k.a. ) <br> UNITED STATES OF AMERICA, a Federal ) STATUS UPDATE REGARDING <br> Corporation, INTERNAL REVENUE ) OBTAINING AN ATTORNEY <br> SERVICE OVERSIGHT BOARD, a.k.a. the ) <br> INTERNAL REVENUE SERVICE, ) <br> DEPARTMENT OF THE TREASURY, a.k.a. ) <br> UNITED STATES TREASURY, and the ) <br> SOCIAL SECURITY ADMINISTRATION ) <br> ) <br> v. ) <br> ) <br> Defendants, Counterclaimants and Third-Party ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ERIC BEAM, STATE OF OREGON, FLOYD W. ) <br> BEAM and ELAINE M. BEAM as TRUSTEES OF ) <br> SUNBEAM INVESTMENT COMPANY, ) <br> ) <br> Third-Party Defendants, ) | |

I filed this by mail on January 30, 2008 but somehow got the wrong Civil No. on my paperwork. I am re-submitting this status update. Please be informed that I have not yet found an attorney to properly represent me in the manner I believe to be correct and lawful. I need

1

additional time to continue the search for competent counsel that does not have a conflict of interest in the court.

Please note, however, that by the demand for the discoveries I am representing myself until such time as adequate representation, which I believe to be correct and lawful, can be found.

*Elaine-Marie: Beam*

Elaine-Marie: Beam

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing PLAINTIFF'S STATUS UPDATE REGARDING OBTAINING AN ATTORNEY has been made this 13th day of February, 2008 by depositing copies thereof upon the parties hereto in the United States mail in a postage prepaid envelope addressed to:

KARIN J. IMMERGUT, OSB#96314
United States Attorney
District of Oregon
1000 S. Third Avenue, Suite 600
Portland, Oregon 97204-2024

KARI D. LARSON
Trail Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 6893
Washington, D.C. 20044

STATE OF OREGON
DEPARTMENT OF REVENUE
1162 COURT STREET NE
SALEM, OREGON 97301-4096

Sunbeam Investment Co.

UNITED STATES DISTRICT COURT    Certified Mail # 7007 2560 0003 1603 4747
FOR THE DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OREGON 97401

_Elaine-Marie Beam_
Elaine-Marie: Beam

1