FILED'08 FEB 21 13:48USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FLOYD W. BEAM, and
ELAINE M. BEAM

        Plaintiffs,
        Counterdefendants.

                            Civil No. 07-6035-TC

    v.                  ORDER

UNITED STATES, et al.,

        Defendants,
        Counterclaimants,
        Third-Party Plaintiffs.

    v.

ERICC BEAM, et al.,

        Third-party Defendants.

1 - ORDER

COFFIN, Magistrate Judge.

Plaintiff's claims were (voluntarily) dismissed with prejudice by Order (#46) entered October 24, 2007. Therefore, Defendants' Motion to Dismiss (#21) is denied as moot.

The "Motion to Amend/Correct Motion" (#43) filed by the State of Oregon Department of Revenue is allowed. Therefore, "Motion for More Precise Listing" (#40) is denied as moot.

Plaintiff's Motion for More Precise Listing or Amounts Being Sought (#37) is denied as moot. See, "Response to Motion (#37)" filed by the State of Oregon Department of Revenue (#41).

Plaintiff's Response to the court's Order to Show Cause (#59) indicates that she will be proceeding pro se. See, Response (#60).

The United States' Request for Denial of Extension of Time and Response to Status Report (#61) is allowed. No further extensions of time will be allowed. The Clerk of the Court is directed to enter a new scheduling order in this matter.

2 - ORDER

Summary: Defendants' Motion to Dismiss (#21) is denied as moot; the State of Oregon Department of Revenue's Motion to Amend/Correct (#43) is allowed; the State of Oregon Department of Revenue's Motion for More Precise Listing (#40) is denied as moot; plaintiff's Motion for More Precise Listing of Amounts (#37) is denied as moot; the United States' Request for denial of extension of time (#61) is allowed; the Clerk of the Court is directed to enter a new scheduling order.

IT IS SO ORDERED

DATED this 21 day of February, 2008.

_____
Thomas M. Coffin
United States Magistrate Judge