FILED '08 FEB 22 11:28 USDC-ORE

Elaine-Marie: Beam
c/o 655 A Street  Suite E
Springfield, Oregon state [97477]

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| FLOYD W. BEAM AND ELAINE M. BEAM, ) <br> ) <br> Plaintiffs ) <br> ) <br> ) Civil No. 07-6035-TC <br> v. ) <br> UNITED STATES GOVERNMENT, a.k.a. ) <br> UNITED STATES OF AMERICA, a Federal ) RESPONSE TO UNITED STATES' <br> Corporation, INTERNAL REVENUE ) RESPONSE TO STATUS REPORT <br> SERVICE OVERSIGHT BOARD, a.k.a. the ) AND PLANTIFF'S MOTION FOR <br> INTERNAL REVENUE SERVICE, ) EXTENSION OF TIME TO <br> DEPARTMENT OF THE TREASURY, a.k.a. ) OBTAIN ATTORNEY OF FACT <br> UNITED STATES TREASURY, and the ) <br> SOCIAL SECURITY ADMINISTRATION ) <br> ) <br> v. ) <br> ) <br> Defendants, Counterclaimants and Third-Party ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ERIC BEAM, STATE OF OREGON, FLOYD W. ) <br> BEAM and ELAINE M. BEAM as TRUSTEES OF ) <br> SUNBEAM INVESTMENT COMPANY, ) <br> ) <br> Third-Party Defendants, ) | |

I am in receipt of the motion to deny an extension of time filed on February 12, 2008.

Due to the death of my husband, which was only three months ago, my mind is still not able to

1

fully cope with everything in this case, which was previously dismissed. I am not able or prepared to represent myself although I believe the court has forced me to by its decisions.

I have been improperly denied my attorney of fact and this seems to be very prejudicial. It would seem to me that all the officers of the courts, since they are all paid by the government, have an undeniable conflict of interest in this matter. Is this not true?

I have not yet found counsel that I feel can properly represents me in this matter who doesn't have a conflict of interest.

In addition, there is a present, ongoing process to obtain, from the Internal Revenue Department, the written verified assessment under Title 15 attaching to these liens; as well as the letters requesting the documentation showing that the 1040's meet all titled regulations.

These letters are yet in the process and crucial to this case because my originally appointed attorney of fact was denied, and thus these requests for documents needed to be re-submitted by myself.

I demand that the extension of time of sixty days be given to find proper counsel and if I cannot get an extension of time and if the court denies my choice of attorney of fact I will have no choice but to give judicial notice under Federal Rules of Procedures 38 to move this case out of this commercial admiralty court into a 7th Amendment trial in an Article III court in order to receive substantive due process in a court of original jurisdiction.

*[signature]*

Elaine-Marie: Beam

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing RESPONSE TO THE UNITED STATES' RESPONSE TO THE STATUS REPORT AND PLANTIFF'S MOTION FOR EXTENSION OF TIME TO OBTAIN ATTORNEY OF FACT has been made this 13th day of February, 2008 by depositing copies thereof upon the parties hereto in the United States mail in a postage prepaid envelope addressed to:

KARIN J. IMMERGUT, OSB#96314
United States Attorney
District of Oregon
1000 S. Third Avenue, Suite 600
Portland, Oregon 97204-2024

KARI D. LARSON
Trail Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 6893
Washington, D.C. 20044

STATE OF OREGON
DEPARTMENT OF REVENUE
1162 COURT STREET NE
SALEM, OREGON 97301-4096

Sunbeam Investment Co.

UNITED STATES DISTRICT COURT     ✓Certified Mail # 7007 2560 0003 1603 4761
FOR THE DISTRICT OF OREGON       ✓
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OREGON  97401

Elaine-Marie: Beam

1