KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

KARI D. LARSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6572
Facsimile: (202) 307-0054
Kari.D.Larson@usdoj.gov

Attorneys for the United States

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF OREGON

| | |
|---|---|
| FLOYD W. BEAM and ELAINE M. BEAM, | ) |
| | ) |
| Plaintiffs and Counterdefendants, | ) Civil No. 07-6035-TC |
| v. | ) |
| | ) **UNITED STATES' MOTION FOR** |
| UNITED STATES GOVERNMENT, a.k.a. | ) **SUMMARY JUDGMENT** |
| UNITED STATES OF AMERICA, a Federal | ) |
| Corporation, INTERNAL REVENUE | ) |
| SERVICE OVERSIGHT BOARD, a.k.a. the | ) |
| INTERNAL REVENUE SERVICE, | ) |
| DEPARTMENT OF THE TREASURY, a.k.a. | ) |
| UNITED STATES TREASURY, and the | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendants, Counterclaimants and Third-Party | ) |
| Plaintiffs, | ) |
| v. | ) |
| ERIC BEAM, STATE OF OREGON, and | ) |
| FLOYD W. BEAM and ELAINE M. BEAM as | ) |
| TRUSTEES OF SUNBEAM INVESTMENT | ) |
| COMPANY, | ) |
| Third-Party Defendants. | ) |

The United States of America, by and through its undersigned counsel, hereby moves the

Court for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56.

Pursuant to LR 7.1, the United States attempted to confer with Elaine M. Beam, individually, and as Personal Representative of the Estate of Floyd W. Beam via letter dated August 18, 2008.  To date, the parties have been unable to resolve this matter.

In support of its Motion for Summary Judgment, the United States submits herewith a Concise Statement of Material Facts, a Memorandum of Points and Authorities, the Declaration of Kari D. Larson, with attached exhibits, the Declaration of Maureen Neal, with attached exhibits, a [Proposed] Order of Judgment, and a [Proposed] Order for Judicial Sale.

DATED this 28th day of August, 2008.

                                              KARIN J. IMMERGUT
                                              United States Attorney


                                              /s/ Kari D. Larson
                                              KARI D. LARSON
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 683
                                              Ben Franklin Station
                                              Washington, D.C.  20044-0683
                                              Telephone: (202) 307-6572

CERTIFICATE OF SERVICE

     IT IS HEREBY CERTIFIED that on August 28, 2008, the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT was electronically filed with the Clerk of Court using the CM/ECF system.  It is further certified that on this same date, service of the foregoing was made by depositing copies thereof in the United States mail in a postage prepaid envelope addressed to:

     Elaine M. Beam
     340 Q Street
     Springfield, OR 97477

     Sunbeam Investment Company
     c/o Elaine M. Beam, as Trustees
     340 Q Street
     Springfield, OR 97477

     /s/ Kari D. Larson
     KARI D. LARSON
     Trial Attorney, Tax Division
     U.S. Department of Justice