FILED '08 OCT 17 14:48 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELAINE BEAM,

    Plaintiff and
    Counter-defendant,    Civil No. 07-6035-TC

    v.    ORDER

UNITED STATES GOVERNMENT,
et al.,

    Defendants, Counter-
    Claimants, and Third-
    Party Plaintiffs,

    v.

ERIC BEAM, et al.,

    Third-Party Defendants.

COFFIN, Magistrate Judge.

    The record establishes that on July 11, 2007, Floyd W.,

1 - ORDER

and Elaine M. Beam were personally served, as Trustees of Third-Party Defendant Sunbeam Investment Company, via hand delivery, with a copy of the summons and third-party complaint in this action. <u>See</u>, (#29) and (#30).

Sunbeam has failed to file an answer or otherwise respond to the United States' third-party complaint and is therefor in default.

The United States' Request for entry of default (#75) is allowed. The Clerk of the Court is directed to enter default against Third-Party Defendant Sunbeam Investment Company for its failure to plead or otherwise defend against the third party complaint.

IT IS SO ORDERED.

DATED this 17 day of October, 2008.

_____
Thomas M. Coffin
United States Magistrate Judge

2 - ORDER