FILED'08 OCT 22 12:17 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

ELAINE BEAM,

                  Plaintiff,

    v.                                              Civil No. 07-6035-TC

UNITED STATES GOVERNMENT, et al.

                  Defendants.

## DEFAULT

Third-Party Defendant Sunbeam Investment Company is in default for failure to answer or otherwise plead to the third-party complaint.

Dated: October 22, 2008.

                                              Sheryl S. McConnell, Clerk

                                              by  *[signature]*

                                              Christine Weller, Deputy