Elaine-Marie: Beam
c/o 655 A Street, Suite E
Springfield, Oregon [97477]

FILED '08 NOV 19 16:17 USDC-ORE

IN THE UINITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| FLOYD W. BEAM AND ELAINE M. BEAM ) <br><br> Plaintiffs ) <br> ) <br> v. ) <br> UNITED STATES GOVERNMENT, a.k.a. ) <br> UNITED STATE OF AMERICA, a Federal ) <br> Corporation, INTERNAL REVENUE SERVICE ) <br> OVERSIGHT BOARD, a.k.a. the INTERNAL ) <br> REVENUE SERVICE, DEPARTMENT OF THE ) <br> TREASURY, and the SOCIAL SECURITY ) <br> ADMINISTRATION ) <br> ) <br> Defendants, Counterclaimants and Third- ) <br> Party Plaintiffs ) <br> v. ) <br> ) <br> FLOYD W. BEAM and ELAINE M. BEAM as ) <br> TRUSTEES OF SUNBEAM INVESTMENT ) <br> COMPANY, ERIC BEAM and STATE OF ) <br> OREGON ) <br> ) <br> Third-Party Defendants,_____) | Civil No. 07-6035-TC <br><br> AFFIDAVIT OF FACTS & TRUTH IN REPONSE TO KARI D. LARSON'S FILING 11-7-08 |

**AFFIDAVIT OF FACTS AND TRUTH**

COMES NOW, the woman, Elaine-Marie: Beam on behalf of the above referenced THIRD-PARTY DEFENDANTS, known as a private citizen domiciled within one of the fifty states, specifically Oregon state and does hereby make *special appearance* in this Court of record, to answer, reply and show the Court the following:

Attached is the Affidavit of Facts and Truth in response to Kari D. Larson's filing with the court dated November 7th, 2008 to show the truth in good faith.

Respectfully submitted,

BY: *Elaine-Marie:Beam* (signature)
Elaine-Marie: Beam
Private citizen/non-Stramineus homo
c/o 655 A Street, Suite E
Springfield, Oregon state [97477]

**VERIFICATION**

STATE OF OREGON            )
                           )*Sworn & Sealed*
LANE COUNTY                )

On this _19th_ day of _November_, 2008, before me the undersigned Notary in and for said State, personally appeared the woman. Elaine-Marie: Beam, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument and who acknowledged personally executing it.

_Julia Shannon_ (signature)
Notary Public Signature

My Commission expires _10-14-2011_

OFFICIAL SEAL
JULIA E SHANNON
NOTARY PUBLIC - OREGON
COMMISSION NO. 420426
MY COMMISSION EXPIRES OCTOBER 14, 2011

**CERTIFICATE OF SERVICE**

On this 19th day of November, 2008, a true and correct copy of this filing was served on attorney of record by depositing in the United States mail.

BY: *Elaine-Marie: Beam*
Elaine-Marie: Beam
Private citizen/non-Stramineus homo
c/o 655 A Street, Suite E
Springfield, Oregon state [97477]

Kari D. Larson
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, D.C. 20044

Elaine-Marie: Beam
c/o 655 A Street, Suite E
Springfield, Oregon (97477)
Non-domestic

**Affidavit of Facts & Truth**

| | |
|---|---|
| State of Oregon | ) |
| | ) SS. |
| Count of Lane | ) |

I, Elaine-Marie: Beam hereinafter, Affiant, having firsthand knowledge of the facts stated herein and being competent to make these statements, do hereby state the following facts: To wit,

Affidavit of Facts & Truth

1) Please be advised that the information I submitted to you on October 31st, 2008 is the truth as it stands.

2) I am presently working to resolve these tax issues to become compliant with the requirements.

3) I have spoken with Ms. White at the IRS and have submitted the necessary paperwork. I have received from the IRS the amounts due with penalties and interest and am presently processing these to settle this account.

4) Attached are copies of the Return Receipts from the USPS as I sent the paperwork to the IRS Registered Mail, Return Receipt Requested and those packages have been received.

5) I am acting in good faith to resolve these matters in a timely manner. I regret the previous delays. I did not have the proper information to settle the accounts until recently.

6) I anticipate closure to this matter in the next few weeks.

7) I anticipate the courts agreement in this matter as I am working diligently to resolve this case in good faith with due process and use of all administrative remedies.

Affiant declares the above facts to be true, correct and complete to the best of her knowledge and belief and hereby submits the Affidavit knowing the penalty of bearing false witness before God and Man under the penalty of perjury under the law of Oregon.

Submitted this 19th day of November, 2008.

All rights reserved

*Elaine-Marie: Beam*

Elaine-Marie: Beam

**JURAT**

State of Oregon        )
                       )SS.
County of Lane         )

Subscribed and sworn to (or affirmed) before me this 19th day of November, 2008 by Elaine-Marie: Beam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____
            Notary Public

OFFICIAL SEAL
JULIA E SHANNON
NOTARY PUBLIC - OREGON
COMMISSION NO. 420426
MY COMMISSION EXPIRES OCTOBER 14, 2011

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Elaine-Marie: Beam
90398 Marcola Road
Springfield, OR [97478]

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery NOV 1 2 2008 |
| 1. Article Addressed to:<br><br>INTERNAL REVENUE SERVICE CTN<br>US DEPT OF THE TREASURY<br>5045 E BUTLER<br>24011 MAIL STOP C1008<br>FRESNO, CALIFORNIA 93888-0002 U.S.A. | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)    RB 709 868 092 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RB70 9868 092U S**
Status: **Arrival at Unit**

Your item arrived at 7:10 AM on November 9, 2008 in FRESNO, CA 93706. Information, if available, is updated every evening. Please check again later.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Registered No. RB 70 9868 092 US
Reg. Fee $10.00
Handling Charge $0.00
Return Receipt $2.20
Postage $2.53
Restricted Delivery $0.00
Received by: MM
Customer Must Declare Full Value $0.00
Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date-Stamp: SPRINGFIELD, OR 97477, NOV 04 2008

**OFFICIAL USE**
97477

FROM: Elaine-Marie ; Beam
90398 Marcola Road
Springfield, Oregon [97478]

TO: Internal Revenue Service Ctn
US Department of the Treasury
5045 E. Butler
2411 Mail Stop C/008
Fresno, California 93888-002 U.S.A.

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Elaine-Marie: Beam
90398 Marcola Road
Springfield, OR [97478]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ƎP    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery NOV 12 2008 |
| 1. Article Addressed to:<br><br>INTERNAL REVENUE SERVICE CTN<br>US DEPT OF THE TREASURY<br>5045 E BUTLER<br>24011 MAIL STOP C1008<br>FRESNO, CALIFORNIA 93888-0002 U.S.A. | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  RB 709 868 101 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: RB70 9868 101U S
**Status:** Arrival at Unit

Your item arrived at 7:11 AM on November 9, 2008 in FRESNO, CA 93706. Information, if available, is updated every evening. Please check again later.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[                    ]  ( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

11/10/2008