KARIN J. IMN
United States /
District of Oreg
1000 S.W. Thir
Portland, Oregc

KARI D. LARS
Trial Attorneys,
U.S. Department
P.O. Box 683
Ben Franklin Sta
Washington, D.C
Telephone: (202)
Facsimile: (202)
Kari.D.Larson@u

Attorneys for the I

I

FLOYD W. BEAM

Plaintiffs and Coun
v.

UNITED STATES (
UNITED STATES (
Corporation, INTER
SERVICE OVERSIC
INTERNAL REVEN
DEPARTMENT OF
UNITED STATES TI
SOCIAL SECURITY

Defendants, Countercl.
Plaintiffs,
v.
ERIC BEAM, STATE (
FLOYD W. BEAM and
TRUSTEES OF SUNBE
COMPANY,
Third-Party Defendants.

A final judgment

[Proposed] Order for
Judicial Sale - 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401
OFFICIAL BUSINESS

FILED '09 MAR 11 13:07 USDC-ORE

Floyd W. Beam, Deceased
c/o 340 "Q" Street
Springfield, OR 97477

BEAM FLOYD
655 A ST STE E
SPRINGFIELD OR 97477-4670

FORWARD TIME EXP RTN TO SEND
RETURN TO SENDER